UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Brooke Lyn Sonia,<br><br>          Plaintiff,<br>   v.<br><br>Karie Rainer, et al.,<br><br>          Defendants. | Case No. 3:23-cv-5220-RSL-TLF<br><br>ORDER DISMISSING<br>PLAINTIFF'S COMPLAINT |

This matter comes before the Court on the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remainder of the record. No objections have been filed. The Court does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Defendants' summary judgment motion is GRANTED; and

(3)   Plaintiff's complaint and this action are DISMISSED with prejudice.

Dated this 30th day of August, 2024

Robert S. Lasnik
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1